# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELVIN ELLIS,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 08-cv-826-MJR** |
| vs. ) | |
| ) | **CRIMINAL NO. 05-cr-30011** |
| **UNITED STATES of AMERICA,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. On October 12, 2005, Petitioner pleaded guilty to three counts of obstructing justice. *See* 18 U.S.C. §§ 1512(c)(2) and 1503. On July 27, 2006, Petitioner was sentenced to 121 months imprisonment, three years supervised release, a fine of $12,500, and a special assessment of $300. Petitioner's conviction and sentence were affirmed on direct appeal. *United States v. Ellis*, Case No. 06-3112, 240 Fed. Appx. 146 (7th Cir. July 2, 2007). Petitioner's application for a writ of certiorari to the Supreme Court of the United States was denied. *Ellis v. United States*, Case No. 07-454, 128 S. Ct. 549 (Nov. 5, 2007).

In his § 2255 motion, Petitioner raises three grounds for relief: (1) ineffective assistance of counsel due to counsel's failure to interview and prepare for Petitioner's case; (2) ineffective assistance of counsel in not preparing entrapment defense; and (3) ineffective assistance of counsel because counsel allegedly failed to advise him of a potential defense.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED**.

**DATED this 22nd day of July, 2009.**

                **s/ Michael J. Reagan**
                **MICHAEL J. REAGAN**
                **United States District Judge**